# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

150841

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

HARBOR WATCH CONDOMINIUM
ASSOCIATION,
            Plaintiff-Appellant,

v

            SC: 150841
            COA: 316858
            Emmet CC: 12-103747-CZ

EMMET COUNTY TREASURER,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 4, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk

t0916